

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OLIVIA JEONG, | § | No. 08-23-00264-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| THE STATE OF TEXAS, | § | of Hudspeth County, Texas |
| Appellee. | § | (TC# CR-09654) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.